# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES--GENERAL**

Case No. **5:26-cv-01213-JWH (DTB)** Date: **November 3, 2026**

Title: **Albino V. v. Frank Bisignano, Commissioner of Social Security**

===========================================================

**DOCKET ENTRY**

===========================================================

PRESENT:

**HON. DAVID T. BRISTOW, MAGISTRATE JUDGE**

| | |
|---|---|
| Rebecca Camacho | n/a |
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF: None present

ATTORNEYS PRESENT FOR DEFENDANT(S): None present

**PROCEEDINGS: (IN CHAMBERS) ORDER TO SHOW CAUSE REGARING FAILURE TO PROSECUTE**

On June 22, 2026, Plaintiff filed a Request for Extension. ("Request"). (Docket No. 11). On June 25, 2026, the Court granted the Request ("June 25, 2026 Order"). (Docket No. 12). Plaintiff's Brief was to be filed on or before August 25, 2026.

On July 2, 2026, the Court's June 25, 2026 Order was returned as undeliverable. (Docket No. 13).

Thereafter, on September 17, 2026, the Court, *sua sponte*, updated Plaintiff's address and extended his time up to and including October 30, 2026, within which to file his Brief. As of this date, Plaintiff has failed to file his Brief in support of his Complaint.

Accordingly, Plaintiff is ordered to show cause, in writing, no later than **November 30, 2026**, why this action should not be dismissed, without prejudice, for failure to prosecute.

This Order to Show Cause will be discharged upon the filing of Plaintiff's Brief. Plaintiff is warned that a failure to timely respond to this Order to Show Cause will result in a recommendation that this action be dismissed, without prejudice, under Federal Rule of Civil Procedure 41(b) for failure to prosecute and obey Court orders.

**IT IS SO ORDERED.**



Initials of Deputy Clerk rec